# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

**MARK S. REESE, SR., et al,**

       **Plaintiffs,**

**v.**                                            **Civil Action No: 3:16-cv-496**

**STERN & EISENBERG MID ATLANTIC, PC.,**

       **Defendants.**

## <u>NOTICE OF APPEARANCE</u>

Elizabeth Hanes, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Blvd., Suite 1-A, Newport News, VA 23601 hereby notes her appearance as counsel in this case on behalf of the Plaintiffs.

Please copy her with all matters in this case.

                        **MARK S. REESE, SR., et al,**

                        _____/s/_____
                        Elizabeth Hanes, Esq.
                        VSB #75574
                        Attorney for Plaintiffs
                        CONSUMER LITIGATION
                        ASSOCIATES, P.C.
                        763 J. Clyde Morris Boulevard, Suite 1-A
                        Newport News, Virginia 23601
                        (757) 930-3660 - Telephone
                        (757) 930-3662 – Facsimile
                        E-mail:  elizabeth@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2016, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Leland Howard Jones, IV, Esq.
Richard Albert Simpson, Esq.
Wiley Rein, LLP
1776 K St., NW
Washington, DC  20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: ljones@wileyrein.com
Email: rsimpson@wileyrein.com

<div style="margin-left:50%">

_____/s/_____
Elizabeth Hanes Esq.
VSB #75574
Attorney for Plaintiffs
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  elizabeth@clalegal.com

</div>